UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 10 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ARDREDA JOHNSON,

          Plaintiff - Appellant,

  v.

PENNYMAC LOAN SERVICES, LLC; et al.,

          Defendants - Appellees.

No. 18-55945

D.C. No. 5:17-cv-02506-JGB-SHK
U.S. District Court for Central
California, Riverside

**MANDATE**

The judgment of this Court, entered March 19, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jessica F. Flores Poblano
Deputy Clerk
Ninth Circuit Rule 27-7